UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20615-PCH

**ROMEL JOSE MONTILLA ROSILLO**,

    Petitioner,

v.

**ACTING FACILITY ADMINISTRATOR**,
Krome North Service Processing Center;

**GARRETT RIPA**, Field Office Director,
ICE Enforcement and Removal Operations,
Miami Field Office;

**TODD LYONS**, Acting Director,
U.S. Immigration and Customs Enforcement; and

**KRISTI NOEM**,
Secretary of Homeland Security,

    Respondents.
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner Romel Jose Montilla Rosillo's Emergency Petition for Writ of Habeas Corpus [ECF No. 1]. Petitioner asserts that his detention has "materially obstructed his ability to prepare" for an Individual Merits Hearing set for February 26, 2026. ECF No. 1 at 4, 5.

The Court notes that the Immigration Judge conducted a bond hearing in this matter on December 2, 2025, nearly two months before the Petition was filed, and that Petitioner's Individual Merits Hearing is not until February 26, 2026. ECF Nos. 1 at 2,4; 1-4. On the present record, it is therefore unclear why the Petition is styled as an emergency.

In addition, although Petitioner alleges that his detention has materially obstructed his ability to prepare for the upcoming hearing, the Petition provides no factual detail explaining how his detention inhibits his preparation, or how his circumstances differ from those of similarly situated individuals who remain in immigration custody pending removal proceedings. Accordingly, upon review of the record and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Petitioner shall file a supplemental submission on or before **Friday, February 6, 2026**, addressing in detail the following:

1. The specific nature of the alleged emergency, including why emergency relief is warranted given the December 2, 2025 bond hearing and the February 26, 2026 Individual Merits Hearing date;

2. Whether Petitioner's counsel has access to Petitioner, and if so, the manner and frequency of that access; and

3. How Petitioner's detention materially obstructs his ability to prepare for the upcoming hearing in a manner different from individuals who are lawfully detained pending immigration proceedings.

**DONE AND ORDERED** in Chambers in Miami, Florida on February 2, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record