UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20615-PCH

**ROMEL JOSE MONTILLA ROSILLO,**

    Petitioner,

v.

**ACTING FACILITY ADMINISTRATOR,**
Krome North Service Processing Center;

**GARRETT RIPA,** Field Office Director,
ICE Enforcement and Removal Operations,
Miami Field Office;

**TODD LYONS,** Acting Director,
U.S. Immigration and Customs Enforcement; and

**KRISTI NOEM,**
Secretary of Homeland Security,

Respondents.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Petitioner Romel Jose Montilla Rosillo's Supplemental Submission in Support of Emergency Petition for Writ of Habeas Corpus. [ECF No. 4], filed on February 6, 2026. Upon review of the Motion and the record, it is hereby

    **ORDERED AND ADJUDGED** that Defendants shall respond to Petitioner's Supplemental Submission [ECF No. 4] by no later than **Tuesday, February 17, 2026**.

**DONE and ORDERED** in Miami, Florida, on February 9, 2026.

                                                    PAUL C. HUCK
                                                    UNITED STATES DISTRICT JUDGE

Cc:    All counsel of record