UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20615-PCH

**ROMEL JOSE MONTILLA ROSILLO,**

    Petitioner,

v.

**ACTING FACILITY ADMINISTRATOR,**
Krome North Service Processing Center;

**GARRETT RIPA,** Field Office Director,
ICE Enforcement and Removal Operations,
Miami Field Office;

**TODD LYONS,** Acting Director,
U.S. Immigration and Customs Enforcement; and

**KRISTI NOEM,**
Secretary of Homeland Security,

Respondents.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Petitioner Romel Jose Montilla Rosillo's Petition for Writ of Habeas Corpus, [ECF No. 1], and Supplemental Submission in Support of Emergency Petition for Writ of Habeas Corpus. [ECF No. 4]. On February 17, 2026, Respondents filed their response to Petitioner's petition. [ECF No. 8]. Upon review of the Petition and the record, it is hereby

    **ORDERED AND ADJUDGED** that, if Petitioner intends to file a Reply in support of his Petition, he must do so no later than **Wednesday, February 25, 2026**. If no Reply is filed by that date, the Court will consider the Petition ripe at that time.

**DONE and ORDERED** in Miami, Florida, on February 18, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc:     All counsel of record